UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80163-CR-RYSKAMP/HOPKINS

8 U.S.C. §§ 1326(a) and (b)(1)

UNITED STATES OF AMERICA

vs.

GAMALIEL GOMEZ-MARTINEZ,
aka Elodoral Mendez-Lucas,

   Defendant.

_____/

## INDICTMENT

The GRAND JURY charges that:

### COUNT 1

On or about August 17, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**GAMALIEL GOMEZ-MARTINEZ,**

**aka Elodoral Mendez-Lucas,**

an alien, having previously been removed from the United States on or about March 3, 2007, and on or about January 16, 2009, was found in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such

1

alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

**A TRUE BILL**

_____
GRAND JURY FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>**GAMALIEL GOMEZ-MARTINEZ,**<br>a/k/a Elodoral Mendez-Lucas,<br>Defendant. / | CASE NO. _____<br><br>**CERTIFICATE OF TRIAL ATTORNEY\***<br><br>**Superseding Case Information:** |

**Court Division**: (Select One)

____ Miami    ____ Key West
____ FTL    _X_ WPB    ____ FTP

New Defendant(s)          Yes ____    No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the information, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _YES_
   List language and/or dialect   _Spanish_

4. This case will take   _2_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

   I    0 to 5 days       _X_          Petty       ____
   II   6 to 10 days      ____         Minor       ____
   III  11 to 20 days     ____         Misdem.     ____
   IV   21 to 60 days     ____         Felony      _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)   _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _NO_
   If yes:
   Magistrate Case No.          _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ____ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ____ Yes   _X_ No

/s/ Stephanie Evans
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 255180

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: GAMALIEL GOMEZ-MARTINEZ, a/k/a Elodoral Mendez-Lucas

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Stephanie Evans*
AUSA:   STEPHANIE D. EVANS

Last Known Address: _____

What Facility:   PALM BEACH COUNTY JAIL

Agent(s):   DEPORTATION OFFICER ANDY KORZEN
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (OTHER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **GAMALIEL GOMEZ-MARTINEZ,**
                 **a/k/a Elodoral Mendez-Lucas**

Case No.: _____

**Case #: 1**

Illegal re-entry.

8 U.S.C. §§ 1326(a) and (b)(1)

**\* Max.Penalty**:   10 years imprisonment; 3 years supervised release; $250,000 fine.